IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

Civil Action No. 1:18-cv-01060-RM-KLM

LAMBLAND, INC. d/b/a A-1 Organics, Inc., a Colorado corporation,

 Plaintiff,

v.

HEARTLAND BIOGAS, LLC, a Denver limited liability company,

 Defendant.

---

## ORDER
---

 This breach of contract case is before the Court on Defendant's Motion to Continue Trial Date (ECF No. 217), on which the Court ordered expedited briefing (ECF No. 219). That briefing has now been completed (ECF Nos. 221, 223). Meanwhile, as the parties are aware, all non-pilot jury trials in this Court have been continued pursuant to Chief Judge Brimmer's General Order 2021-3, and the Court was informed yesterday that this case was not selected as a pilot trial, which effectively moots the arguments presented in those briefs.

 Accordingly, the Motion is GRANTED, the Jury Trial set to commence on May 3, 2021, is VACATED, and counsel are directed to contact Chambers via email (deanne_bader@coduscourts.gov) on or before April 21, 2021, to reset this matter for trial.

 DATED this 14th day of April, 2021.

            BY THE COURT:

            _____
            RAYMOND P. MOORE
            United States District Judge